UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>GONZALO VILLASENOR,<br><br>                    Defendant. | Case No. CR20-137 JCC<br><br>DETENTION ORDER |

Offenses charged:

    Count 1:    Conspiracy to Distribute Methamphetamine, Heroin, and Fentanyl in violation of 21 U.S.C. § 846

    Count 2:    Distribution of Methamphetamine and Heroin in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A), (C)

    Counts 3-4:    Distribution of Heroin in violation of 21 U.S.C. § 841(a)(1) and §841(b)(1)(B), (C)

    Count 5:    Distribution of Fentanyl in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)

    Count 7:    Distribution of Heroin in violation of 21 U.S.C. § 841(a)(1) and § 841

DETENTION ORDER - 1

(b)(1)(C)

Count 10-11:   Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)

Count 14-15, 17, 23-24:   Possession of Heroin with the Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A), (B)

Count 16, 22, 28:   Possession of Methamphetamine and Fentanyl with the Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A), (B), (C)

Count 19:   Possession of Methamphetamine and Heroin with the Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B), (C)

Count 21, 25, 26:   Possession of Methamphetamine with the Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)

Count 27:   Possession of Methamphetamine, Heroin and Fentanyl with the Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A), (B), (C)

Count 29:   Carrying a Firearm During and in Relation to a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)

<u>Date of Detention Hearing</u>: On September 16, 2020, the Court held a hearing via a WebEx videoconference, with the consent of Defendant, due to the exigent circumstances as outlined in General Order 13-20. This detention order is without prejudice to renewing once the court has reconstituted in-person hearings.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

DETENTION ORDER - 2

2. Defendant poses a risk of nonappearance due to the lack of verified background information about Defendant, substance abuse issues, and Defendant's strong ties to Mexico including that he recently lived there for six months. Defendant poses a risk of danger due to the nature and circumstances of the charged offenses, including the charge alleging Defendant carried a firearm during and in relation to a drug trafficking crime. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 16th day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 4