UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0137-JCC-9 |
| Plaintiff, | ORDER |
| v. | |
| FRANCISCO JAVIER CARRILLO, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed amended motion for entry of a protective order restraining certain forfeitable property (Dkt. No. 154). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the amended motion (Dkt. No. 154).

The Government seeks to restrain the following property, seized on or about September 1, 2020:

    A. $2,000 in U.S. currency; and

    B. $30,690 in U.S. currency.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Drug Enforcement Administration Special Agent ("SA") Kevin Palermo, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Currency") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment (Dkt. No. 1);
- The United States gave notice of its intent to pursue forfeiture of the Subject Currency in the Bill of Particulars (Dkt. No. 150);
- Based on the facts set forth in SA Palermo's Declaration, there is probable cause to believe the Subject Currency is subject to forfeiture in this case; and
- To ensure the Subject Currency remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The Government's request for a protective order restraining the Subject Currency pending the conclusion of this (Dkt. No. 154) case is GRANTED;

2. The Subject Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court; and

3. The Clerk is DIRECTED to terminate the Government's superseded motion (Dkt. No. 152).

DATED this 24th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE