THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALO VILLASENOR, *et al.*,<br><br>Defendants. | CASE NO. CR20-0137-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Francisco Javier Carrillo's unopposed motion to continue trial (Dkt. No. 200). In response, the Government and Mr. Villasenor, Ms. Leyva-Castellanos, Mr. Pollestad, Mr. Supnet, and Ms. McGee agree with motion and propose a new trial date of December 6, 2021.[1] (Dkt. No. 205 at 2.) The current trial date is July 12, 2021. (*See* Dkt. No. 134). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

This case is related to two others, *United States v. Rodriguez-Moreno*, CR20-0136-JCC, and *United States v. Lerma-Jaras*, CR20-0146-JCC, which collectively involve more than 20 defendants and, the Government alleges, multiple conspiracies to distribute controlled substances. (*See* Dkt. No. 134.) The Government's investigation involved hundreds of hours of

---

[1] Mr. Carrillo's motion does not request a specific date. (*See* Dkt. No. 200.) Mr. Shephard did not join or oppose the motion. Even so, the findings in this order apply equally to him.

ORDER
CR20-0137-JCC
PAGE - 1

surveillance, wiretaps of multiple cell phones, more than a dozen controlled buys, at least ten multi-kilo seizures of controlled substances, and searches of several vehicles, residences, and businesses. (*Id.*) The Government has already produced over 10,000 pages of discovery, much of which is in Spanish, which requires defense counsel to work with interpreters. (*Id.* at 3.) Mr. Carrillo reports that the interpreter assisting defense counsel in translating the recorded calls needs additional time to finish translating the calls. (Dkt. No. 200 at 2.) Further, Mr. Carrillo reports that due to the large volume of discovery his attorney needs additional time to prepare pretrial motions and for trial. (*Id.*)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendants and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reason for this finding is that because of the number of defendants involved, the Government's allegation of multiple conspiracies, the volume of evidence, and the need for translation, this case is so complex that it is unreasonable to expect adequate preparation for pretrial motions and trial within the current deadlines. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

Accordingly, the Court ORDERS:

1. The July 12, 2021 jury trial is CONTINUED until December 6, 2021.
2. The pretrial motions deadline is CONTINUED until October 14, 2021.
3. The period from the date of this order until December 6, 2021 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 24th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0137-JCC
PAGE - 2