THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0137-JCC |
| Plaintiff, | ORDER |
| v. | |
| GONZALO VILLASENOR, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Government's unopposed second motion for a protective order restraining:

    1.    $6,018 in U.S. currency; and

    2.    $5,630 in U.S. currency (the "Subject Currency").

(Dkt. No. 235 at 1.)  Having reviewed the Government's motion (*id.*), the Government's Second Bill of Particulars (Dkt. No. 234), and the supporting declaration of DEA Special Agent Kailund Williams (Dkt. No. 235 at 9–33), the Court FINDS that entering a protective order restraining the Subject Currency is appropriate because:

    1.    The Government gave notice of its intent to pursue forfeiture in the indictment (Dkt. No. 1);

    2.    The Government gave notice of its intent to seek forfeiture of the Subject Currency in the Second Bill of Particulars (Dkt. No. 234);

3. SA Williams's declaration establishes that there is probable cause to believe the Subject Currency may, upon Defendants' conviction, be forfeited in this case; and

4. To ensure the availability of the Subject Currency for forfeiture, its continued restraint, as authorized by 21 U.S.C. § 853(e)(1), is appropriate.

The Court therefore GRANTS the Government's motion for protective order as to the Subject Currency (Dkt. No. 235) and ORDERS the Subject Currency remain in the custody of the Government or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

DATED this 12th day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE